08 CV 6625

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CRISTA IRENE BRANDES and FRANCISCO MIGUEL MOLINARI,

                     Plaintiffs,

       -against-

THE REPUBLIC OF ARGENTINA,

                     Defendant.
-------------------------------------------------------------------x

08 CV _____ (TPG)

**RULE 7.1 STATEMENT**

[Stamp: RECEIVED JUL 25 2008 U.S.D.C. S.D.N.Y. CASHIERS]

     Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of said party which are publicly held:

     None.

{00374177.DOC;}

Dated: New York, New York
       July 24, 2008

**DREIER LLP**

By: _____
Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*